UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

DWIGHT WILLIAMS,

    Plaintiff,

v.

JESSE ROBLES,

    Defendant.                                      No. 12-cv-958-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court on Plaintiff's Motion to Dismiss.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order (Doc. 31) entered on October 3, 2013 granting plaintiff's Motion to Dismiss, this case is **DISMISSED** with prejudice.

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT

                                        BY:     /s/*Sara Jennings*
                                                        **Deputy Clerk**

Dated:   October 3, 2013

                             Digitally signed by
                             David R. Herndon
                             Date: 2013.10.03
                             14:05:24 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT